# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARYL R. BEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 06-cv-1052-MJR |
| | ) |
| MARK ECKERT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On July 10, 2007, the Court entered an Order granting Plaintiff's motion to proceed *in forma pauperis* and directing that monthly payments be taken from Plaintiff's inmate account. This Order was sent by the Clerk of Court to Plaintiff at the address he had provided to the Court. This Order, however, was returned as undeliverable (Doc. 5). Plaintiff has not informed the Court of his new address. Consequently, it appears that Petitioner has not complied with Local Rule 3.1(b) which requires him to keep the Clerk of Court advised as to any change of address. Therefore, the instant petition will be dismissed, without prejudice, for failing to comply with the Court's Order. *See* Fed. R. Civ. P. 41(b). The Clerk of Court is **DIRECTED TO CLOSE THIS CASE.**

**IT IS SO ORDERED**.

**DATED this 7th day of May, 2008.**

                                               **s/ Michael J. Reagan**
                                               **MICHAEL J. REAGAN**
                                               **United States District Judge**